IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ALASHAI CLARK-RICHO,

      Appellant,

 v.

                            Case No.  5D23-67
                            LT Case No. 16-2020-SC-22187

ELLEN HARRIS D/B/A
HARRIS MORTUARY,

      Appellee.

_____/

Decision filed February 28, 2023

Appeal from the County Court
for Duval County,
Dawn  K. Hudson, Judge.

Alashai Clark-Richo, Jacksonville,
pro se.

Reese Marshall, Jacksonville,
for Appellee.

PER CURIAM.

      AFFIRMED.

WALLIS, JAY and MACIVER, JJ., concur.